UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WELTON WARE, JR | CIVIL ACTION NO. 09-cv-1574 |
| VERSUS | JUDGE HICKS |
| JOHNSON CONTROLS, INC. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Ware's Motion to Remand [Record Document 10] be and is hereby **GRANTED,** and that this case be and is hereby **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana, where it was filed as suit No. 533,455-C.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 3rd day of March, 2010.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE